| | |
|---|---|
| DISTRICT COURT, CITY AND GRAND COUNTY, COLORADO<br>307 Moffat Avenue/P.O. Box 192<br>Hot Sulphur Springs, CO 80451 | |
| Plaintiffs: PAUL GIVENS<br><br>v.<br><br>Defendants: NETJETS AVIATION, INC., a Delaware corporation; NETJETS SALES, INC., a Delaware corporation; BRUCE H. WHITE, individually, and RICARDO E. HELLEBUYCK, individually | |
| | ▲ COURT USE ONLY ▲ |
| | Case Number: 11 cv 204<br>Division: 1 |
| **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** | |

THIS MATTER, having come before the Court on Defendants, NetJets Aviation, Inc., NetJets Sales, Inc., Bruce H. White, and Ricardo E. Hellebuyck's Unopposed Motion for Extension of Time to File Responsive Pleadings, and the Court being fully advised in this matter:

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time is GRANTED. Defendants will have up to and including Thursday, September 22, 2011, to file responsive pleadings.

DATED: September 12, 2011          BY THE COURT:

*[signature]*

EXHIBIT D