IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02468-RPM

PAUL GIVENS,

      Plaintiff,

v.

NETJETS AVIATION, INC.,
NETJETS SALES, INC.,
BRUCE H. WHITE, and
RICARDO E. HELLEBUYCK,

      Defendants.

---

ORDER DENYING MOTION FOR PROTECTIVE ORDER REGARDING CHARLES PERRIGOUE

---

      Today the defendants filed a motion for protective order regarding the deposition of Charles Perrigoue, scheduled for March 23, 2012, in Irvine, California.  The motion asks for relief requested by the deponent concerning the use of his deposition transcript and videotape.  The deponent has no such right and if he is unwilling to proceed with the deposition as scheduled, his appearance may be obtained through a subpoena issued by the relevant United States District Court in California.

      Dated:   March 21st , 2012

                                                              BY THE COURT:

                                                              s/Richard P. Matsch

                                                               _____

                                                               Richard P. Matsch, Senior District Judge