IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02468-RPM

PAUL GIVENS,

      Plaintiff,

v.

NETJETS AVIATION, INC.,
NETJETS SALES, INC.,
BRUCE H. WHITE, and
RICARDO E. HELLEBUYCK,

      Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

      Court having determined that a pretrial conference should now be scheduled, it is

      ORDERED that a pretrial conference is scheduled for **June 14, 2012, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **June 7, 2012.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

      Dated:   May 1st, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge