IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02468-RPM

PAUL GIVENS,

      Plaintiff,

v.

NETJETS AVIATION, INC.,
NETJETS SALES, INC.,
BRUCE H. WHITE, and
RICARDO E. HELLEBUYCK,

      Defendants.

## ORDER FOR DISMISSAL

      Pursuant to the Stipulation to Dismiss [19] filed June 27, 2012, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

      Dated:  June 27th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge